**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CECILIO MENDEZ-PRIETO

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:10-CR-0290 FCD |
| Plaintiff, | |
| v. | |
| | **STIPULATION AND ORDER** |
| CECILIO MENDEZ-PRIETO, et al. | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Beckwith, defendant Jacob Daniel Cobb, by and through his counsel, Jeffrey Staniels, and defendant Cecilio Mendez-Prieto, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 23, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to September 27, 2010 at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that discovery was only recently provided and additional time is needed for defense preparation.  The Court is advised that Mr. Beckwith and Mr. Staniels concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 27, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and

1 Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective
2 defense preparation. It is further agreed and stipulated that the ends of justice served in granting the
3 request outweigh the best interests of the public and the defendant in a speedy trial.
4     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5 IT IS SO STIPULATED
6 Dated: August 20, 2010                              BENJAMIN WAGNER
                                               United States Attorney

                                               By:   /s/ Michael Beckwith
                                               MICHAEL BECKWITH
                                               Assistant United States Attorney

Dated: August 20, 2010                                 /s/ Erin J. Radekin
                                               ERIN J. RADEKIN
                                               Attorney for Defendant
                                               CECILIO MENDEZ-PRIETO

Dated: August 20, 2010                                 /s/ Jeffrey Staniels
                                               JEFFREY STANIELS
                                               Attorney for Defendant
                                               JACOB DANIEL COBB

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of August 23, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on September 27, 2010 at 10:00 a.m. The court finds excludable time in this matter through September 27, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 20, 2010

                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE