```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CECILIO MENDEZ-PRIETO, and<br>JACOB DANIEL COBB,<br><br>　　　　　　Defendants.<br>_____ | ) No. 2:10-cr-00290 FCD<br>)<br>) APPLICATION TO FILE<br>) STIPULATION UNDER SEAL; ORDER<br>)<br>) Judge: Hon. KENDALL J. NEWMAN<br>)　　　　　(IN CHAMBERS)<br>)<br>)<br>)<br>) |

　　　　Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Jacob Cobb, acting on behalf of Assistant United States Attorney Michael M. Beckwith, Counsel for Plaintiff, and Erin Radekin, Counsel for Defendant Cecilio Mendez-Prieto submits this application for permission to file under seal a stipulation and proposed order pertaining to certain discovery.

　　　　Federal Rule of Criminal Procedure 16(d)(1) provides that the court "...may, for good cause deny, restrict, or defer discovery or inspection, or grant other appropriate relief."

　　　　The discovery concerns at issue were orally identified to the court at the time of arraignment and are relied upon to show good cause

for this application.  If any further showing is required by the court, permission to submit a written statement for <u>in camera</u> review by the court is requested.

                                              Respectfully submitted,

Dated: August 20, 2010          <u>/s/ Jeffrey L. Staniels</u>
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JACOB DANIEL COBB

```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )  No. 2:10-cr-00290 FCD
                                 )
10           Plaintiff,          )  ORDER
                                 )
11       v.                      )  Judge: Hon. KENDALL J. NEWMAN
                                 )         (IN CHAMBERS)
12  CECILIO MENDEZ-PRIETO, and   )
    JACOB DANIEL COBB,           )
13                               )
             Defendants.         )
14                               )
    _____
15
16
17       Good cause having been shown in the attached application and
    presented orally to the undrsigned, leave is hereby granted to file the
18
    stipulation and proposed order under seal.
19
20       **IT IS SO ORDERED.**
21
                       By the Court,
22
23
    Dated:  August 23, 2010        /s/ Kendall J. Newman
24                                 Hon. KENDALL J. NEWMAN
                                   United States Magistrate Judge
25
26
27
28
```