**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CECILIO MENDEZ-PRIETO

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CECILIO MENDEZ-PRIETO, et al.<br><br>　　　　　Defendants. | Case No.  2:10-CR-0290 FCD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Beckwith, defendant Jacob Daniel Cobb, by and through his counsel, Jeffrey Staniels, and defendant Cecilio Mendez-Prieto, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 1, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to January 10, 2011 at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that Ms. Radekin and Mr. Staniels need additional time for investigation and defense preparation.  The Court is advised that Mr. Beckwith and Mr. Staniels concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 10, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 27, 2010
BENJAMIN WAGNER
United States Attorney

By:      /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney

Dated: October 27, 2010
      /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CECILIO MENDEZ-PRIETO

Dated: October 27, 2010
      /s/ Jeffrey Staniels
JEFFREY STANIELS
Attorney for Defendant
JACOB DANIEL COBB

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of November 1, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 10, 2011 at 10:00 a.m. The court finds excludable time in this matter through January 10, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 27, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE