```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACOB DANIEL COBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) No. 2:10-cr-0290 KJM
                                 )
             Plaintiff,          )
                                 ) STIPULATION AND ORDER CONTINUING
     v.                          ) CASE AND EXCLUDING TIME
                                 )
CECILIO MENDEZ-PRIETO, and       ) Date:  May 26, 2011
JACOB DANIEL COBB,               ) Time:  10:00 a.m.
                                 ) Judge: Hon. Kimberly J. Mueller
             Defendants.         )
                                 )
_____
```

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael M. Beckwith, Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Jacob Cobb, and Erin Radekin, Counsel for Defendant Cecilio Mendez-Prieto that the status conference now set for May 26, 2011, at 10:00 a.m., be vacated and the matter continued to July 28, 2011, for further status conference.

This continuance is sought to permit further investigation and pursuit of other aspects of defense preparation and in light of various counsel's interim schedules, including a period of several days of unavailability of Mr. Staniels in late June or early July for medical reasons.

1     It is further stipulated that time for trial under the Speedy
2  Trial Act be excluded between May 26, 2011, and July 28, 2011, pursuant
3  to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, for defense
4  preparation and continuity of counsel.
5     Mr. Staniels has been authorized by all counsel to sign and file
6  this stipulation and proposed order.
7     **IT IS SO STIPULATED.**
8
9  Dated: May 24, 2011                /s/ Michael Beckwith
                                      MICHAEL BECKWITH
10                                    Assistant U.S. Attorney
                                      Counsel for Plaintiff
11
12 Dated: May 24, 2011                /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
13                                    Assistant Federal Defender
                                      Attorney for Defendant
14                                    JACOB DANIEL COBB
15 Dated: May 24, 2011                /s/ Erin Radekin
                                      ERIN JOLENE RADEKIN
16                                    Attorney for Defendant
                                      CECILIO MENDEZ-PRIETO
17
18
19
20                          **O R D E R**
21    The attached stipulation of counsel for a continuance of the above
22 case is hereby approved.  The status conference scheduled for May 26,
23 2011, is **vacated.**  A further status conference is hereby calendared for
24 July 28, 2011, at 10:00 a.m.
25    Time for trial under the Speedy Trial Act is excluded from the
26 time within which trial must commence from May 26, 2011, until July 28,
27 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 for
28 defense preparation and continuity of counsel.

**IT IS SO ORDERED.**

Dated:   May 25, 2011.

_____
UNITED STATES DISTRICT JUDGE