1 | **ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
2 | 428 J Street, Suite 350
Sacramento, California 95814
3 | Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4 |
Attorney for Defendant
5 | CECILIO MENDEZ-PRIETO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:10-cr-00290 KJM |
|---|---|
| Plaintiff, | |
| v. | |
| | **AMENDED STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| CECILIO MENDEZ-PRIETO, et al. | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Beckwith, defendant Jacob Daniel Cobb, by and through his counsel, Jeffrey Staniels, and defendant Cecilio Mendez-Prieto, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, July 28, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to August 25, 2011 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

The reason for this request is that the parties need additional time for plea negotiations and defense preparation.  The Court is advised that Mr. Beckwith and Mr. Staniels concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until August 25, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: July 26, 2011

BENJAMIN WAGNER
United States Attorney

By: _____/s/ Michael Beckwith_____
MICHAEL BECKWITH
Assistant United States Attorney

Dated: July 26, 2011

_____/s/ Erin J. Radekin_____
ERIN J. RADEKIN
Attorney for Defendant
CECILIO MENDEZ-PRIETO

Dated: July 26, 2011

_____/s/ Jeffrey Staniels_____
JEFFREY STANIELS
Attorney for Defendant
JACOB DANIEL COBB

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 28, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on August 25, 2011 at 10:00 a.m. The court finds excludable time in this matter through August 25, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv). The parties are advised that the court considers the August 25 date a firm date that will not be further continued.

IT IS SO ORDERED.

Dated:  July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE