1 **ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
Sacramento, California 95814
3  Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5  CECILIO MENDEZ-PRIETO

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 10-CR-0290 FCD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE (AMENDED)** |
| CECILIO MENDEZ-PRIETO, et al. | |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Beckwith, defendant Jacob Daniel Cobb, by and through his counsel, Jeffrey Staniels, and defendant Cecilio Mendez-Prieto, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 27, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to December 8, 2011 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

The reason for this request is that the parties need additional time for investigation, to obtain documents for use in sentencing, plea negotiations, and other defense preparation.  The Court is advised that Mr. Beckwith and Mr. Staniels concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

1   The parties further agree and stipulate that the time period from the filing of this stipulation until December 8, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 25, 2011        BENJAMIN WAGNER
                               United States Attorney

                         By:      /s/ Erin J. Radekin for
                               MICHAEL BECKWITH
                               Assistant United States Attorney

Dated: October 25, 2011           /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               CECILIO MENDEZ-PRIETO

Dated: October 25, 2011           /s/ Erin J. Radekin for
                               JEFFREY STANIELS
                               Attorney for Defendant
                               JACOB DANIEL COBB

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of October 27, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on December 8, 2011 at 10:00 a.m.   The court finds excludable time in this matter through December 8, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  October 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

-2-