```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JACOB DANIEL COBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0290 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME |
| | ) | |
| CECILIO MENDEZ-PRIETO, and | ) | Date: December 8, 2011 |
| JACOB DANIEL COBB, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael M. Beckwith, Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Jacob Cobb, and Erin Radekin, Counsel for Defendant Cecilio Mendez-Prieto that the status conference now set for December 8, 2011, at 10:00 a.m., be vacated and the matter continued to January 19, 2012, for further status conference.

This continuance is sought in light of the unavailability of Mr. Staniels due to a family medical matter on that date, to permit receipt of additional requested and promised discovery, further investigation and the pursuit of other aspects of defense preparation and in light of various counsel's interim schedules.

1    **IT IS FURTHER STIPULATED** that the interests of justice served by
2 granting this continuance outweigh the interests of the public and of
3 the defendants in a speedy trial and that time for trial under the
4 Speedy Trial Act therefore be excluded between December 8, 2011, and
5 January 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code
6 T-4, for defense preparation and continuity of counsel.
7    Mr. Staniels has been authorized by all counsel to sign and file
8 this stipulation and proposed order.
9    **IT IS SO STIPULATED.**
10
11 Dated: November 22, 2011          /s/ Michael Beckwith
                                    MICHAEL BECKWITH
12                                  Assistant U.S. Attorney
                                    Counsel for Plaintiff
13
14 Dated: November 22, 2011          /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
15                                  Assistant Federal Defender
                                    Attorney for Defendant
16                                  JACOB DANIEL COBB

17 Dated: November 22, 2011          /s/ Erin Radekin
                                    ERIN JOLENE RADEKIN
18                                  Attorney for Defendant
                                    CECILIO MENDEZ-PRIETO
19
20
21                           **O R D E R**
22    The attached stipulation of counsel for a continuance of the above
23 case is hereby approved.  The status conference scheduled for December
24 8, 2010, is **vacated.**  A further status conference is hereby calendared
25 for January 19, 2012, at 10:00 a.m.
26    For the reasons stated in the stipulation of counsel, the court
27 finds that the interests of justice served by the granting of this
28 continuance outweigh the interests of the public and of the defendants

in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the time within which trial must commence from December 8, 2011, until January 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, for defense preparation and continuity of counsel.

**IT IS SO ORDERED.**

By the Court,

Dated:  November 23, 2011.

_____
UNITED STATES DISTRICT JUDGE