HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CECILIO MENDEZ-PRIETO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CECILIO MENDEZ-PRIETO,<br><br>　　　　　Defendant. | No.  Cr. S 10-290 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable KIMBERLY J. MUELLER |

　　　　Defendant, CECILIO MENDEZ-PRIETO by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On August 1, 2012, this Court sentenced Mr. Mendez-Prieto to a term of 100 months imprisonment;

　　　　3.　　His total offense level was 31, his criminal history category was III, the resulting guideline range was 135 to 168 months; however, he received a downward variance based on the factors set forth in 18 U.S.C. § 3553(a);

4.   The sentencing range applicable to Mr. Mendez-Prieto was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.   Mr. Mendez-Prieto's total offense level has been reduced from 31 to 29, and his amended guideline range is 108 to 135 months; a reduction comparable to the one received at the initial sentencing would produce a term of 81 months;

6.   Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mendez-Prieto's term of imprisonment to 81 months.

Respectfully submitted,

Dated:  January 30, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 30, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
CECILIO MENDEZ-PRIETO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mendez-Prieto is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 108 to 135 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 81 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2012 is reduced to a term of 81 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mendez-Prieto shall report to the United States Probation Office within seventy-two hours after his release.

Dated: February 4, 2015.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order Re: Sentence Reduction                    3